In the Matter of the Application of JOHN J. KELLEY, Ancillary Administrator of the Estate of DELIA KELLEY, an Absentee, for an Order Directing the City Treasurer to Turn over Fund in His Custody, to the Credit of DELIA KELLEY, Absentee, in the Matter of the Estate of WILLIAM J. KELLEY, Deceased. JOHN J. KELLEY, Ancillary Administrator of the Estate of DELIA KELLEY, Absentee. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals granted. [See *ante,* p. 852.] Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

FRED ALLEN, as Administrator, etc., of JOSEPH ALLEN, and Individually, v. JOSEPH STOKES.— Motion for leave to appeal to the Court of Appeals, or for a reargument and for a stay denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of Supplementary Proceedings: GEORGE ROTHENBERG and Another v. DAVID EISENBERG and Others. GEORGE ROTHENBERG and Another and SADYE GORSCHEN and Another.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of Supplementary Proceedings: GEORGE ROTHENBERG and Another v. DAVID EISENBERG and Others. GEORGE ROTHENBERG and Another and SADYE GORSCHEN and Another.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of THE JOINT LEGISLATIVE COMMITTEE TO INVESTIGATE THE EDUCATIONAL SYSTEM OF THE CITY OF NEW YORK. In the Matter of the Application to Punish CHARLES J. HENDLEY, President of The Teachers Union of the City of New York, for Contempt.— *Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs, and stay vacated. Present —* Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

In the Matter of THE JOINT LEGISLATIVE COMMITTEE TO INVESTIGATE THE EDUCATIONAL SYSTEM OF THE CITY OF NEW YORK. In the Matter of the Application to Punish CHARLES J. HENDLEY, President of The Teachers Union of the City of New York, for Contempt.— Motion denied and stay vacated. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application to Vacate a Subpœna Duces Tecum Addressed to THE TEACHERS UNION OF THE CITY OF NEW YORK by CHARLES J. HENDLEY, President. THE TEACHERS UNION OF THE CITY OF NEW YORK. JOINT LEGISLATIVE COMMITTEE TO INVESTIGATE THE EDUCATIONAL SYSTEM OF THE STATE OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of BANK OF NEW YORK, as Trustee under the Last Will and Testament of CHARLES F. McKIM, Deceased, for the Instructions of the Court as to the Disposition of the Transfer Tax Refund and Interest Thereon. AMERICAN ACADEMY IN ROME. WILLIAM J. MALONEY, as Executor, etc., of MARGARET McKIM MALONEY.— Motion for leave to appeal to the Court of Appeals granted. [See *ante,* p. 854.] Motion for reargument denied. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.